UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SEYMOUR'S BOATYARD, INC.,

                Plaintiff,

      -against-

THE TOWN OF HUNTINGTON,
HAROLD V. ACKER, individually,
FRANK PETRONE, individually,
MARK CUTHBERTSON, individually,
SUSAN A. BERLAND, individually,
STUART P. BESEN, individually,
GLENDA A. JACKSON, individually,
MATTHEW E. CONEYS, individually,
and CONEYS MARINE CORP.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
08-CV- 3248 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 03 2009 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on June 1, 2009, granting defendants' motions to dismiss on all federal claims; declining to exercise supplemental jurisdiction over the state law claims; and dismissing the case without prejudice to the renewal of those claims in state court;

ORDERED and ADJUDGED that defendants' motions to dismiss are granted on all federal claims; that the Court declines to exercise supplemental jurisdiction over the state law claims; and that the case is dismissed without prejudice to the renewal of those claims in state court.

Dated: Brooklyn, New York
       June 03, 2009

                                      s/Robert C. Heinemann
                                      ROBERT C. HEINEMANN
                                      Clerk of Court